UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KHALID SHARAF, AHMAD ELAAL, AND JAMAL ATIYA** | * | CIVIL ACTION |
| | * | NO. 2:16-cv-15691 |
| **Plaintiffs** | | |
| | * | JUDGE FELDMAN |
| v. | | |
| | * | MAGISTRATE ROBY |
| **RUBY ENTERPRISES, LLC AND NADIA ESMAIL** | * | |
| | * | |
| **Defendants** | | |
| | * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiffs and Defendants;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims of Plaintiffs, Khalid Sharaf, Ahmad Elaal and Jamal Atiya, against Defendants, Ruby Enterprises, LLC and Nadia Esmail, are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

New Orleans, Louisiana, this 23rd day of _____June_____, 2017.

_____
UNITED STATES DISTRICT JUDGE